1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TIMMY O'NEIL CHARITY,

12         Plaintiff,              2:04-cv-0444-GEB-GGH-P

13      vs.

14  THOMAS CARROLL, et al.,

15         Defendants.            ORDER

16  _____/

17         Plaintiff, a state prisoner proceeding pro se, has

18  filed this civil rights action seeking relief under 42 U.S.C.

19  § 1983.  The matter was referred to a United States Magistrate

20  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21  Order No. 262.

22         On August 10, 2005, the magistrate judge filed findings

23  and recommendations herein which were served on all parties and

24  which contained notice to all parties that any objections to the

25  findings and recommendations were to be filed within twenty days.

26

1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2005, are adopted in full; and

2. The motion to dismiss by defendants Woodford and Lockyer, filed on December 22, 2004, is denied[1] and defendants are directed to file an answer within 30 days of the filed date of this order.

Dated:  September 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]Although the recommendation clause itself set forth that the motion should be "dismissed," this was evidently a typographical error, given that the findings clearly state that each ground of defendants' motion to dismiss should be denied.

2