IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMMY O'NEIL CHARITY,

    Plaintiff,                      No. CIV S-04-0444 GEB GGH P

    vs.

THOMAS CARROLL, Warden, et al.,    <u>ORDER</u>

    Defendant.

_____/

        On August 10, 2005, this court filed, inter alia, an order to show cause as to one of the defendants in this action, Thomas Carroll, Warden of Delaware Correctional Center, directing him to show cause why he should not be found in default and why a default judgment should not be entered against him in this action wherein plaintiff seeks a declaratory judgment. The undersigned noted that defendant Carroll had apparently signed a waiver on October 26, 2004, filed in this court on November 5, 2005, indicating that he was aware a judgment may be entered against him should he fail to file an answer to plaintiff's amended complaint or a motion in response under Rule 12 of the Federal Rules of Civil Procedure. Defendant Carroll was given 30 days to show cause why he had filed neither an answer nor a responsive motion. Defendant has failed to file anything in response to the order and the time for doing so has expired.

\\\\\

Accordingly, IT IS ORDERED that:

1. Defendant Thomas Carroll, having failed to file an answer or a responsive motion under Rule 12 to plaintiff's amended complaint and having failed, subsequently, to discharge this court's order to show cause, filed on August 10, 2005, is deemed to be in default in this action; and

2. The Clerk of the Court is directed to enter a judgment of default against defendant Carroll.

DATED: 10/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
char0444.def