UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Timmy O'Neil Charity**          **DEFAULT JUDGMENT**

    v.

                    Case No. CIV S-04-0444 GEB GGH PC

**Thomas Carroll, Warden; et al**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

        **THOMAS CARROLL, WARDEN**

October 13, 2005

        JACK L. WAGNER, CLERK

        **By:  __M. Marciel_____**
        **M. Marciel, Deputy Clerk**