IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMMY O'NEIL CHARITY,

    Plaintiff,   No. CIV S-04-0444 GEB GGH P

   vs.

THOMAS CARROLL, Warden, et al.,

    Defendants.   <u>ORDER</u>

_____/

    On February 2, 2005, plaintiff's motion for appointment of counsel was denied. On September 19, 2006, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). To the extent that plaintiff seeks reconsideration of the February 2, 2005, it is untimely. To the extent that plaintiff makes a second request for appointment of counsel, it is denied for the reasons set forth in the February 2, 2005, order, that this court does not find in this case the required exceptional circumstances to warrant a request for voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

\\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 19, 2006, request for reconsideration of the February 2, 2005, order is denied as untimely; alternatively,

2. Plaintiff's September 19, 2006, second request for appointment of counsel is denied.

DATED: 9/22/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
char0444.dny