IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMMY O'NEIL CHARITY,

      Plaintiff,                       No. CIV S-04-0444 GEB GGH P

      vs.

THOMAS CARROLL, Warden, et al.,    ORDER

      Defendant.
_____/

Introduction

      Plaintiff, a prisoner incarcerated in the State of Delaware, seeks relief pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel production of documents, filed on March 21, 2008, to which defendants, Tilton and Brown, filed their joint opposition on April 11, 2008.

Motion to Compel Production of Documents

      On November 29, 2007, plaintiff filed a request for document production with seven requests directed to defendants.  By this motion, plaintiff seeks an order compelling production of documents on two of the requests.  Plaintiff has attached no exhibits in support of his motion nor does plaintiff provide any details regarding defendants' objections to the two requests.  Plaintiff merely states that defendants refused to present documents for the two

1

requests. Plaintiff has not elaborated on the grounds for defendants' refusal and has not specified the specific discovery responses to which he objects. Plaintiff is advised that each discovery request specifically objected to and the answer thereto must be reproduced in full and submitted to the court, and plaintiff must explain his specific objection to each answer. Plaintiff must set forth the specific reasons for his dissatisfaction with defendants' answers. Plaintiff's inadequate motion must be denied.

In denying the motion, the court also notes that defendants' opposition is not particularly helpful. While they state that documents were produced on December 24, 2007, for some of plaintiff's requests and that they objected to the other requests on various unspecified grounds, in the terse opposition, defendants only argue that plaintiff has not met and conferred with defendants' counsel regarding discovery, pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 37-251(b). Defendants should be aware by now that Local Rule 37-251(b) does not apply when plaintiff is incarcerated, which was specifically noted in the court's November 8, 2005, Discovery Order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel production of documents, filed on March 21, 2008, is denied, without prejudice, as it is vague and conclusory and does not apprise the court of the specific grounds for the motion.

DATED: 12/05/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:006
char0444.mtd