IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMMY O'NEIL CHARITY,

    Plaintiff,                      No. CIV S-04-0444 GEB GGH P

    vs.

THOMAS CARROLL, Warden, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 7, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On August 26, 2009, plaintiff was re-served with the findings and recommendations to his most current address. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2009, are adopted in full;

2. Defendant's motion to dismiss (docket #52) is denied; and

3. Defendant's motion for summary judgment is granted, and this case is dismissed.

Dated: September 28, 2009

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```